No. 4,191.—JUDITH HARDWARE CO., Respondent, v. ANNIE E. CROWLEY et al., Appellants.

*Appeals from District Court, Fergus County.*

Decided March 4, 1918.

PER CURIAM.—Pursuant to respondent's motion, the appeals in this cause are hereby dismissed.

*Mr. Wm. M. Blackford,* for Appellants.

*Mr. I. W. Church* and *Mr. Fletcher Maddox,* for Respondent.

---

No. 4,199.—STATE ex rel. WALTER L. WISE, Relator, v. DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control against the District Court of Silver Bow County, and J. J. Lynch, a Judge thereof.

Decided March 7, 1918.

PER CURIAM.—The application of relator for a writ of supervisory control is this day denied.

*Messrs. Canning & Geagan,* for Relator.

---

No. 3,905.—F. J. HARRINGTON, Administrator, Respondent, v. BUTTE & GREAT FALLS MINING CO., Appellant.

*Appeal from District Court, Silver Bow County; Jno. B. Mc-Clernan, Judge.*

Decided April 24, 1918.

PER CURIAM.—Pursuant to appellant's *praecipe* for dismissal filed herein, the appeal is dismissed.

*Messrs. Kremer, Sanders & Kremer,* for Appellant.

*Mr. M. C. Cohen,* for Respondent.